IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAWN TRAMPE, | ) | CASE NO.  4:24-CV-03041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ANSWER and |
| | ) | AFFIRMATIVE DEFENSES |
| HY-VEE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Hy-Vee, Inc. ("Hy-Vee) hereby admits, denies, and alleges as follows for its Answer to the Complaint filed by Shawn Trampe:

**RESPONSES TO PLAINTIFF'S ALLEGATIONS**

1. Upon information and belief, Hy-Vee admits paragraph 1 of Plaintiff's Complaint.

2. Hy-Vee admits that it was conducting business within the State of Nebraska, and further admits it operated a grocery store located at 16418 Westside Drive, Plattsmouth, Nebraska ("Store"). Hy-Vee denies the remaining allegations contained in paragraph 2 of Plaintiff's Complaint, and alleges it is a corporation incorporated under the laws of the State of Iowa and maintains its principal place of business in West Des Moines, Iowa.

3. Hy-Vee admits Plaintiff visited the Store on or about January 26, 2020. Hy-Vee lacks sufficient information to admit or deny the remaining allegations contained in paragraph 3 of Plaintiff's Complaint, for which reason they are denied.

4. Hy-Vee admits Plaintiff exited his vehicle, began walking, and fell. Hy-Vee denies the remaining allegations contained in paragraph 4 of Plaintiff's Complaint.

5. Hy-Vee denies the allegations contained in paragraph 5 of Plaintiff's Complaint, including sub-paragraphs 5.a through 5.c.

6. Hy-Vee denies the allegations contained in paragraph 6 of Plaintiff's Complaint, including sub-paragraphs 6.a through 6.g.

7. Hy-Vee is without sufficient information to admit or deny the allegations contained in paragraph 7 of Plaintiff's Complaint, for which reason they are denied.

8. Hy-Vee denies, generally and specifically, all other allegations contained in Plaintiff's Complaint except those previously and expressly admitted.

### AFFIRMATIVE DEFENSES

9. Hy-Vee alleges that Plaintiff's Complaint fails to state a claim upon which relief can be granted against it.

10. Hy-Vee alleges that any injury or damage which Plaintiff may have sustained was proximately caused or contributed to by the negligence of Plaintiff in a degree sufficient to reduce or bar recovery.

11. Hy-Vee alleges that Plaintiff has failed to mitigate his damages.

12. Hy-Vee alleges that Plaintiff assumed the known risk of harm.

Hy-Vee reserves the right to supplement these Affirmative Defenses as discovery progresses to the fullest extent allowed by law and the Court.

### JURY DEMAND

Hy-Vee requests trial by jury on all issues.

WHEREFORE, Defendant requests that Plaintiff's Complaint be dismissed, with prejudice and at Plaintiff's costs.

       HY-VEE, INC., Defendant,

   By: Baylor Evnen Wolfe & Tannehill, LLP
      Union Bank Place
      1248 "O" Street, Suite 900
      Lincoln, NE 68508
      (402) 475-1075
      cschmidt@baylorevnen.com

   By: ***/s/ Christopher M. Schmidt***
      Christopher M. Schmidt, # 26096

### CERTIFICATE OF SERVICE

 I hereby do certify that I am one of the attorneys of record for the Defendant and that on February 27, 2024, I electronically filed the foregoing Answer and Affirmative Defenses with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

 Mandy Strigenz
 Nebraska Justice Law Firm
 mandy@nebjustice.com
 *Attorney for the Plaintiff*

      ***/s/ Christopher M. Schmidt***
      Christopher M. Schmidt, # 26096

4628818